UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAIO AUGUSTO PARADELO DA SILVA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility;<br>DAVID WESLING, Boston Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations;<br>TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement;<br>KRISTI NOEM, Secretary of the Department of Homeland Security;<br>U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, Attorney General of the United States<br><br>Respondents. | Civil Action No. 25-13639-MJJ |

## MEMORANDUM OF DECISION AND ORDER

December 10, 2025

JOUN, D.J.

Caio Augusto Paradelo Da Silva ("Mr. Da Silva" or "Petitioner") is a citizen of Brazil who is alleged to have entered the United States on or about May 6, 2023. [Doc. No. 1 at ¶ 1]. He was apprehended shortly after entry and released from custody on his own recognizance on Form I-220A Order of Supervision. [*Id*.]. Mr. Da Silva was also issued a Notice to Appear. [*Id*.]. His removal proceedings are pending before the Chelmsford Immigration Court. [*Id*.]. On December 2, 2025, Mr. Da Silva was arrested by Immigration and Customs Enforcement. [*Id*. at ¶ 2]. Mr.

1

Da Silva petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 9 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Da Silva is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Da Silva with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Da Silva on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Da Silva has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun  
United States District Judge